IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CELECIA GANTHER
ADC #705329                                                           PLAINTIFF

v.                                    No. 1:15-cv-4-DPM-JTR

ARKANSAS DEPARTMENT OF CORRECTION;
HUGES,[1] Doctor, McPherson Unit, ADC; and
DOES, Doctors, Wrightville Unit, ADC and
Doctors, McPherson Unit                                             DEFENDANTS

ORDER

On *de novo* review, the Court adopts the partial recommendation, № *8*,

as modified and rejects Ganther's objection, № *9*, in part. FED. R. CIV. P.

72(b)(3).  The Court construes Ganther's objection listing the names of the

Wrightsville doctors as a motion for service.  The Court therefore orders

service on Drs. Hughes, Kirk, and Ware through the Humphries and Odum

law firm.  Ganther's objection did not list any additional doctors at the

McPherson Unit.  If she intended to name other doctors or nurses, she has

until 30 June 2015 to file a motion for service listing their names and addresses

and roles.

The Arkansas Department of Correction is dismissed with prejudice as

---

[1]The Court directs the Clerk to change the name from Huges to Hughes.

a defendant.  An *in forma pauperis* appeal from this Order will not be taken in

good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 March 2015