IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CELECIA GANTHER
ADC #705329                                                                           PLAINTIFF

v.                              No. 1:15-cv-4-DPM

JOSEPH HUGHES, Doctor, McPherson Unit,
ADC; MARIE AUSTIN, Nurse; MARVIN KIRK,
Dr.; DAVID WARE, Dr.; and MELODY
WAYLAND, Nurse                                                                     DEFENDANTS

ORDER

The recommendation mailed to Ganther was returned undeliverable. № 59. The Court has therefore reviewed it *de novo*. The recommendation, № 58, is adopted. FED. R. CIV. P. 72(b)(3). Defendants' motions, № 23, 30, 40 & 53, are granted. Ganther's claims against Hughes, Austin, Kirk, Ware, and Wayland will be dismissed without prejudice. An *in forma pauperis* appeal from this Order will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 October 2015