IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CELECIA GANTHER
ADC #705329                                                                          PLAINTIFF

v.                              No. 1:15-cv-4-DPM

ARKANSAS DEPARTMENT OF CORRECTION;
JOSEPH HUGHES, Doctor, McPherson Unit,
ADC; MARIE AUSTIN, Nurse; MARVIN KIRK,
Dr.; DAVID WARE, Dr.; and MELODY
WAYLAND, Nurse                                                                       DEFENDANTS

JUDGMENT

1. Ganther's claims against the Arkansas Department of Correction are dismissed with prejudice.

2. Ganther's claims against Hughes, Austin, Kirk, Ware, and Wayland are dismissed without prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 October 2015